**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JOHN HATCHER, *individually and
on behalf of others similarly situated*,

     Plaintiff,

v.                                                                    Case No. 2:25-cv-03005-MSN-tmp

EQUIFAX INFORMATION
SERVICES, LLC,

     Defendants.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint (ECF

No. 1), filed November 4, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the

Joint Stipulation of Dismissal (ECF No. 11), filed March 11, 2026, this matter is hereby

**DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
                                 
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

March 11, 2026
                                 
Date